April 23, 2004

Mr. Timothy T. Stewart
Stewart & McLane, PLLC
511 W. French Place, Carriage House
San Antonio, TX 78212
Leslie J. A. Sachanowicz
Assistant Criminal District Attorney
300 Dolorosa, Suite 4049
San Antonio, TX 78205

RE: Case Number: 03-0336
 Court of Appeals Number: 04-02-00251-CV
 Trial Court Number: 2000-CI-11950

Style: GERALD SANCHEZ
 v.
 BEXAR COUNTY SHERIFF'S DEPARTMENT, SHERIFF RALPH LOPEZ IN HIS
 OFFICIAL CAPACITY, AND THE BEXAR COUNTY SHERIFF'S CIVIL SERVICE
 COMMISSION

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Reagan Greer |
| |Clerk |
| |Mr. Herb Schaefer |